FILED ✓   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 9 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>JASON ANDRE, )<br>  )<br>Defendant. ) | 2:11-CR-374-JCM-(CWH) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 9, 2012, defendant JASON ANDRE pled guilty to Counts One and Two of a Four-Count Criminal Indictment charging him in Count One with Possession of a Firearm by a Convicted Felon in violation of Title 18, United States Code, Section 922(g)(1); and in Count Two with Possession of a Silencer, in violation of Title 26, United States Code, Section 5861(d). Criminal Indictment, ECF No. 1.

This Court finds defendant JASON ANDRE agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Criminal Indictment and Plea Memorandum. Criminal Indictment, ECF No. 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and Plea Memorandum and the offense to which defendant JASON ANDRE pled guilty.

. . .

and Indictment:

1     The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c):

1. Rifle Dynamics, Model HR-15F, multi-caliber rifle, serial number RDI0127;
2. Springfield, Model XD, .45-caliber pistol, serial number XD623946;
3. Saiga, 12-gauge shotgun, serial number H09405939;
4. Saiga, 12-gauge shotgun, serial number H09409143;
5. Russian, Mosin Nagant, 7.62-caliber rifle, serial number 9130217703;
6. Daniel Defense, Model M4, 5.56-caliber rifle, serial number AJ002903;
7. Blaser, Model R93, .300-caliber rifle, serial number 9R004090;
8. Springfield, 7.62-caliber rifle, serial number 186895;
9. Ruger, Model 10-22, .22-caliber rifle, serial number 35486673;
10. Mauser, M98, 8mm rifle, serial number 4614;
11. Barrett, Model Rec-7, 6.8-caliber rifle, serial number B00544;
12. Bushmaster, Model XM15E2S, 5.56-caliber rifle, serial number L180541;
13. Saiga, 5.45-caliber rifle, serial number L09891391;
14. Para Ordnance, model LDA, .45-caliber pistol, serial number P1284442;
15. Saiga, 12-gauge shotgun, serial number H09409659;
16. Arsenal, model SLR, 7.62-caliber rifle, serial number BA470210;
17. Smith & Wesson, model SW40GVE .40-caliber pistol, serial number PDV2696;
18. Taurus, Judge model, .410 revolver, serial number CY962580;
19. Ruger, model Service Six, .38-caliber revolver, serial number 15585500;
20. Smith & Wesson, Model 66, .357-caliber revolver, serial number ANN2726;
21. Taurus, Judge model, .410 revolver, serial number DR204029;
22. Knight's Armament Co., Model QDSS-NT4, 5.56-caliber silencer, serial number T100115;
23. Norinco, MAK90, 7.62-caliber rifle, serial number 94109039;
24. Saiga, 12-gauge shotgun, serial number H09403118;
25. Saiga, 7.62-caliber rifle, serial number H09124532;
26. Saiga, 5.45-caliber rifle, serial number H09885012L;
27. a Red Jacket, firearms silencer, bearing serial number S-003; and
28. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JASON ANDRE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

. . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
2  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
3  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
4  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
5  the name and contact information for the government attorney to be served with the petition, pursuant
6  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
7  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
8  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
10 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
11 following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

16 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
17 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
18 following publication of notice of seizure and intent to administratively forfeit the above-described
19 property.
20  DATED this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

3