UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:11-CR-374-JCM-(CWH) |
| JASON ANDRE, | ) ) ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On October 10, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JASON ANDRE to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Agreement and shown by the United States to have a requisite nexus to the offenses to which defendant JASON ANDRE pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 52; Plea Agreement, ECF No. 54; Preliminary Order of Forfeiture, ECF No. 55.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 14, 2012, through November 12, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 56.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9  2461(c); Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section
10  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
11  law:

1.  Rifle Dynamics, Model HR-15F, multi-caliber rifle, serial number RDI0127;
2.  Springfield, Model XD, .45-caliber pistol, serial number XD623946;
3.  Saiga, 12-gauge shotgun, serial number H09405939;
4.  Saiga, 12-gauge shotgun, serial number H09409143;
5.  Russian, Mosin Nagant, 7.62-caliber rifle, serial number 9130217703;
6.  Daniel Defense, Model M4, 5.56-caliber rifle, serial number AJ002903;
7.  Blaser, Model R93, .300-caliber rifle, serial number 9R004090;
8.  Springfield, 7.62-caliber rifle, serial number 186895;
9.  Ruger, Model 10-22, .22-caliber rifle, serial number 35486673;
10. Mauser, M98, 8mm rifle, serial number 4614;
11. Barrett, Model Rec-7, 6.8-caliber rifle, serial number B00544;
12. Bushmaster, Model XM15E2S, 5.56-caliber rifle, serial number L180541;
13. Saiga, 5.45-caliber rifle, serial number L09891391;
14. Para Ordnance, model LDA, .45-caliber pistol, serial number P1284442;
15. Saiga, 12-gauge shotgun, serial number H09409659;
16. Arsenal, model SLR, 7.62-caliber rifle, serial number BA470210;
17. Smith & Wesson, model SW40GVE .40-caliber pistol, serial number PDV2696;
18. Taurus, Judge model, .410 revolver, serial number CY962580;
19. Ruger, model Service Six, .38-caliber revolver, serial number 15585500;
20. Smith & Wesson, Model 66, .357-caliber revolver, serial number ANN2726;
21. Taurus, Judge model, .410 revolver, serial number DR204029;
22. Knight's Armament Co., Model QDSS-NT4, 5.56-caliber silencer, serial number T100115;
23. Norinco, MAK90, 7.62-caliber rifle, serial number 94109039;
24. Saiga, 12-gauge shotgun, serial number H09403118;
25. Saiga, 7.62-caliber rifle, serial number H09124532;
26. Saiga, 5.45-caliber rifle, serial number H09885012L;
27. a Red Jacket, firearms silencer, bearing serial number S-003; and
28. any and all ammunition.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 10th day of Jan. , 2013.

_____
UNITED STATES DISTRICT JUDGE