# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>JASON ANDRE,<br><br>　　　　Defendant(s). | 2:11-CR-374 JCM (CWH) |
|---|---|

# ORDER

Presently before the court is the matter of *United States v. Andre,* case no. 2:11-cr-374-JCM-CWH.

On February 12, 2014, defendant Jason Andre filed a motion vacate under 28 U.S.C. § 2255. (Doc. # 71). The government filed its response on March 26, 2014. (Doc. # 74). Andre's reply, if any, was due by April 1, 2014. No reply was filed.

On April 21, 2014, Andre filed a motion for leave to amend his petition in order to add additional details. (Doc. # 75). On May 7, 2014, Andre filed another motion to amend his petition. (Doc. # 76). Andre represents that his transfer within the prison system has resulted in delays in receiving the government's response and has impeded his ability to reply on time. Andre reiterates his desire to amend his petition to include further details.

The court will grant the motion to amend. The amended petition shall be filed no later than **July 7, 2014.** The government's response shall be due no later than **July 28, 2014**, and petitioner's reply shall be due no later than **August 18, 2014**. Petitioner is advised no further motions to amend

**James C. Mahan**
**U.S. District Judge**

will be entertained.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's motion to vacate (doc. # 71) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that petitioner's motion for leave to amend (doc. #75) be, and the same hereby is, GRANTED in part, consistent with the foregoing.

IT IS FURTHER ORDERED that petitioner's renewed motion to amend (doc. # 76) be, and the same hereby is, DENIED as moot.

DATED June 9, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -